IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HECTOR MALDONADO-SALINAS,<br><br>    Defendant. | 4:15-CR-3061<br><br>ORDER |

  This matter is before the Court on the defendant's Unopposed Motion to Continue Sentencing Hearing and Deadline for Filing Sentencing Statement (filing 29). The motion will be granted. The Court will continue the sentencing hearing currently set for September 9, 2015, and set aside the remaining sentencing schedule pending disposition of the motion (filing 28) pending before the Magistrate Judge. A new deadline for objections and sentencing motions, and a new sentencing date, will be set at or shortly after the hearing on September 2 before the Magistrate Judge.

  IT IS ORDERED:

1. The defendant's Unopposed Motion to Continue Sentencing Hearing and Deadline for Filing Sentencing Statement (filing 29) is granted.

2. The sentencing hearing set for September 9, 2015 is continued pending disposition of filing 28.

3. The sentencing schedule is set aside pending disposition of filing 28.

Dated this 25th day of August, 2015.

              BY THE COURT:

              _John M. Gerrard_
              John M. Gerrard
              United States District Judge